# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**AL HOLIFIELD,**

    **Plaintiff,**

    v.                                                                               **Case No. 18-CV-801**

**GEARLD KULWICH,** *et al.***,**

    **Defendants.**

# ORDER

On September 17, 2019, the defendants moved for summary judgment. (ECF No. 32.) After several extensions of time, Plaintiff Al Holifield, who is representing himself, filed a response to the defendants' motion and his own motion for summary judgment. (ECF No. 56.) Instead of filing a reply brief, the defendants filed a "Motion for Relief" in which they assert that Holifield's response and motion fail to comply with this court's local rules and should be denied. (ECF No. 57.) Alternatively, the defendants request that the court order Holifield to resubmit his filings in accordance with the court's local rules. (*Id.* at 4.) Holifield opposes the defendants' motion and accuses the defendants of "foul play." (ECF Nos. 58 & 59.)

The court will construe the defendants' "Motion for Relief" as their reply brief and will not order Holifield to amend his summary judgment materials or refile them. Both parties have been provided with the relevant local and federal rules that apply

to this action. When reviewing each party's summary judgment motion and materials, the court will enforce its local rules and the Federal Rules of Civil Procedure. If either party failed to comply with those rules, the court will analyze their filings accordingly. Neither party need submit any further filings, motions, or briefs. This case will be returned to U.S. Chief District Judge Pamela Pepper, to whom the case is assigned, for a final disposition. This case is no longer referred to U.S. Magistrate Judge William E. Duffin.

**IT IS THEREFORE ORDERED** that the defendants' motion for relief (ECF No. 57) is construed as their reply brief in support of their motion for summary judgment. No further submissions are necessary from either party. This case is returned to Chief Judge Pepper for final disposition.

Dated at Milwaukee, Wisconsin this 23rd day of March, 2020.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge