UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

AL HOLIFIELD,

        Plaintiff,

v.                                     Case No. 18-cv-0801-bhl

GERALD KULWICH, et al.,

        Defendants.

## ORDER

At the Court's request, Attorney Gerald S. Kerska of Kravit, Hovel, and Krawczyk, s.c., has agreed to represent plaintiff Al Holifield on a volunteer basis. Before the Court will facilitate Mr. Kerska's representation, Holifield must agree to the Regulations Governing the Prepayment and Reimbursement of Expenses in Pro Bono Cases from the District Court Pro Bono Fund. The Court will provide Holifield with a copy of the regulations. Under Paragraph A.1, the attorneys' volunteer representation will take effect only after Holifield signs and returns the enclosed form stating his agreement to be bound by the regulations.

**THEREFORE, IT IS HEREBY ORDERED** that on or before **November 23, 2021**, Holifield must sign and return the enclosed Agreement to Reimburse the Pro Bono Fund, if he wishes to proceed with a lawyer in this case at no charge to him.

The Clerk's Office will send Holifield a copy of the Regulations Governing the Prepayment and Reimbursement of Expenses in Pro Bono Cases.

**IT IS FURTHER ORDERED** that a copy of this order be sent to Attorney Gerald S. Kerska of Kravit, Hovel, and Krawczyk, s.c., 825 N. Jefferson St., Milwaukee, Wisconsin 53202.

Dated at Milwaukee, Wisconsin on November 9, 2021.

                                                              s/ *Brett H. Ludwig*
                                                              BRETT H. LUDWIG
                                                              United States District Judge